

# NUMBER 13-19-00495-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**VICTOR RODRIGUEZ,**                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                          **Appellee.**

---

### On appeal from the 399th District Court
### of Bexar County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This cause is before the Court on appellant's third motion for extension of time to file appellant's brief in this matter. Appellant was previously granted two extensions of time to file a brief.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that appellant's motion for extension of time to file brief should be granted with order.

Accordingly, we GRANT appellant's motion for extension of time and ORDER appellant to file a supplemental or amended brief on or before March 6, 2020. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of February, 2020.